IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR50 |
| v. | ORDER |
| JAVERIS A. WALKER, | |
| Defendant. | |

This matter is before the court on a Request for Transcript by a nonparty, Filing No. 67. The request for the transcript is made by a non-party, Andrea R. Davis, as to defendant, Javeris A. Walker. The request asks for the court reporter to transcribe the sentencing hearing held on April 3, 2018. The court finds the request should be granted.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 67) is granted.

2. The non-party petitioner, Andrea R. Davis must contact court reporter Lisa Grimminger at (402) 661-7379 or lggrmrcrr@gmail.com to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the non-party's address pursuant to Filing No. 67.

Dated this 23rd day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge